JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAIFA, INC., | ) | Case No. CV 11-06069-RGK (AGRx) |
| | ) | |
| Plaintiff(s), | ) | ORDER DISMISSING ACTION FOR |
| | ) | LACK OF PROSECUTION |
| VS. | ) | |
| | ) | |
| ROGER GARZA, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

On February 2, 2012, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution. Plaintiff's response was due on or before February 13, 2012. No response has been filed by the plaintiff, therefore, the case is ordered dismissed.

**IT IS SO ORDERED.**

Dated: February 14, 2012

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE